# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA HOOVER, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>HI-TECH PHARMACAL CO., INC., an entity of unknown origin; and DOES 1-25, Inclusive,<br><br>    Defendants. | Case No.: 5:13-cv-00097-JGB-OP<br><br>CLASS ACTION<br><br>**ORDER TO STAY PROCEEDINGS** |

The Court, having reviewed and considered the Joint Stipulation filed by Plaintiff LINDA HOOVER and Defendant HI-TECH PHARMACAL CO. INC., and good cause shown thereby, IT IS HEREBY ORDERED that:

- The Parties shall file their Motion for Preliminary Approval of Class Settlement on or before August 23, 2013
- This action is hereby stayed until August 23, 2013

**IT IS SO ORDERED.**

DATED: July 29, 2013

                                            Honorable Jesus G. Bernal
                                            United States District Judge