O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Linda Hoover, | Case No. EDCV 13-0097 JGB (OPx) |
|---|---|
| Plaintiff, | |
| v. | |
| Hi-Tech Pharmacal Co., Inc., | **JUDGMENT** |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, the Court orders that judgment shall be entered as follows:

1. Final Settlement Approval is granted;
2. Class Counsel is awarded attorneys' fees in the amount of $238,171.45;
3. Class Counsel is awarded costs in the amount of $5,694.80;

//
//
//
//
//

1. Class Representative Linda Hoover is awarded a service award in the amount of $2,500; and

4. This action is dismissed, with prejudice.

Dated: April 8, 2014

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge

1